**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>JENNIFER DIANNE KHALDI<br><br><br>Debtor | Chapter 13<br><br>Case No. 20-12757-KHK |

### OBJECTION TO CONFIRMATION OF MODIFIED PLAN, NOTICE OF OBJECTION TO CONFIRMATION OF MODIFIED PLAN AND NOTICE OF SCHEDULED HEARING ON THIS OBJECTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Modified Plan filed May 20, 2021. The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(6) & §1325(b)(1)(B)** - Feasibility & Disposable Income - Debtor has not provided filed 2020 tax returns.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must mail a copy to the persons listed below.

*Attend the hearing to be held on July 15, 2021 at 1:30 p.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington*

**Notice of Objection To Confirmation**
Jennifer Dianne Khaldi, Case # 20-12757-KHK

*Street, Alexandria, VA 22314.*[1]  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

>Thomas P. Gorman
>300 North Washington Street, Ste, 400
>Alexandria, VA 22314
>
>Clerk of the Court
>United States Bankruptcy Court
>200 South Washington Street
>Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _June 15, 2021_____                    __/s/Thomas P. Gorman_____
                                                 Thomas P. Gorman
                                                 Chapter 13 Trustee
                                                 300 N. Washington Street, #400
                                                 Alexandria, VA 22314
                                                 (703) 836-2226
                                                 VSB 26421

---

[1] Pursuant to the Bankruptcy Court's Protocol in response to COVID-19 Public Health Emergency, parties appearing for hearings shall appear via Zoom for Government and must pre-register and follow the "Procedure for Zoom Hearings" set forth at https://www.vaeb.uscourts.gov/wordpress/?page_id=5781

**Notice of Objection To Confirmation**
Jennifer Dianne Khaldi, Case # 20-12757-KHK

## CERTIFICATE OF SERVICE

I hereby certify that I have this 15th day of June, 2021, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Jennifer Dianne Khaldi | Suad Bektic |
| Chapter 13 Debtor | Attorney for Debtor |
| 3001 Park Center Drive Apt. 715 | New Day Legal, PLLC |
| Alexandria, VA 22302 | 98 Alexandria Pike, Suite 10 |
| | Warrenton, VA 20186 |

                                                                                           __/s/ Thomas P. Gorman_____
                                                                                           Thomas P. Gorman